■ City of Syracuse, Appellant, v William Osuchowski, Respondent. [924 NYS2d 305]—Appeal from an order of the Onondaga County Court (William D. Walsh, J.), entered April 8, 2010. The order affirmed orders of the Syracuse City Court (James H. Cecile, J.), entered May 7, 2008 and October 20, 2008, which, inter alia, granted the petitions in part.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at County Court. Present—Scudder, P.J., Fahey, Lindley, Green and Gorski, JJ.